■ In the Matter of ANNA E. GASSNER v. ROBERT E. HERMAN.— Motion for an order granting the petition, dated January 24, 1962, or, in the alternative, remitting the matter to the Supreme Court and for other relief denied, without prejudice to prosecuting the article 78 proceeding in this court on the merits. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WHEELER GORDON.— Order of this court entered on November 9, 1961, assigning Warren Zweibach, Esq., as counsel for the defendant-appellant, is vacated, and Robert F. Martin, Esq., of 80 Pine St., New York, N. Y. is assigned as counsel for defendant-appellant in the place and stead of Warren Zweibach, Esq. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. PETER SPINELLO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO PADIN. (C) THE PEOPLE OF THE STATE OF NEW YORK v. NOEL BARBOSA. (D) THE PEOPLE OF THE STATE OF NEW YORK v. PAUL D. HILL. (E) THE PEOPLE OF THE STATE OF NEW YORK v. FLOYD NIXON. (F) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS SHOMBERG (Indicted as HENRY GOLDBERG). (G) THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN LAGODA. (H) THE PEOPLE OF THE STATE OF NEW YORK v. GRANVILLE BOODIE.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of JAMES HARTEN, Deceased.— Motion to strike affidavit from records of this court denied, without prejudice. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

## (April 10, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, on the Petition of JOSEPH ARONSTEIN ex rel. LOUIS LEVINE, Appellant, v. WARDEN OF THE CITY PRISON, COUNTY OF NEW YORK, and/or Any Agent, Servant or Employee of the Commissioner of Correction, Respondent.— Order, entered on March 8, 1962, unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ WILLIAM WOLFF et al., Respondents, v. NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA., Appellant.— Order, entered on January 15, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LLOYD YATES, Respondent.— Appeal from order entered on January 17, 1962, unanimously dismissed, without costs, on the ground that said order is nonappealable. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of SAM KRAMASH, Respondent, v. H. SOMER, INC., Appellant.— Order, entered on December 11, 1961, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of the Arbitration between VOX PRODUCTIONS, INC., Respondent, and GUIOMAR NOVAES PINTO, Appellant.— Order, entered on January 10, 1962, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.